**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Leon GRAY, Defendant–Appellant.**

**No. 16-6159**

United States Court of Appeals, Fourth Circuit.

Submitted: August 25, 2016

Decided: August 29, 2016

. Robert Leon Gray, Appellant Pro Se. Dena Janae King, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Leon Gray appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for re-duction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gray</u>, No. 7:07–cr–00122–FL–1 (E.D.N.C. Jan. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED